No. D–2215. IN RE DISBARMENT OF DAHLING. Alfred E. Dahling, of Warren, Ohio, is suspended from the practice of law

in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.